UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VOLKSWAGEN GROUP
OF AMERICA, INC,

    Plaintiff,                                          Case No. 25-cv-10237
                                                             Hon. Matthew F. Leitman

v.

DREW'S DECALS, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING PLAINTIFF TO SERVE
## DEFENDANTS WITH NOTICE OF HEARING

      In this action, Plaintiff Volkswagen Group of America, Inc. alleges that Defendants Drew's Decals and its principal owner, Drew Ledford, infringed Volkswagen's trademarks. (*See* Compl., ECF No. 1.) Volkswagen served Defendants with its Complaint on March 21, 2025. (*See* Certificates of Service, ECF Nos. 5, 6.) Defendants have not appeared in this action, and they have not filed any response to the Complaint. (*See* Dkt.) The Clerk of the Court entered a default against both Defendants on April 29, 2025. (*See* Defaults, ECF No. 10, 11.)

      On May 29, 2025, Volkswagen filed a motion for a default judgment against the Defendants. (*See* Mot., ECF No. 12.) The Court has now issued a Notice of Hearing setting that motion for a Zoom electronic hearing on **August 1, 2025, at 11:00 a.m.** (*See* Notice of Hearing, ECF No. 14.)

1

By no later than **July 14, 2025**, Volkswagen shall serve Defendants with (1) the Notice of Hearing, (2) this order, (3) the Zoom link provided by the Court so that Defendants can access the Zoom hearing, and (4) a proposed default judgment. In addition, by no later than **July 14, 2025**, Volkswagen shall file a Certificate of Service on the docket confirming that it has served Defendants with those documents. Finally, by no later than **July 14, 2025**, Volkswagen shall submit a proposed default judgment to the Court through the Utilities function of CM/ECF.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: June 26, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126