# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DREW'S DECALS, et al., <br><br> Defendants. | Civil No. 25-cv-10237 <br> Hon. Matthew F. Leitman |

## ORDER GRANTING DEFAULT JUDGMENT

For the reasons stated on the record at the hearing on August 1, 2025, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion for Default Judgment filed by plaintiff Volkswagen Group of America, Inc. (ECF 12) is granted.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: August 4, 2025

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 4, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126