## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

VOLKSWAGEN GROUP OF
AMERICA, INC.,

            Plaintiff,

v.

DREW'S DECALS, et al.,

            Defendants.

Civil No. 25-cv-10237
Hon. Matthew F. Leitman

### DEFAULT JUDGMENT

For the reasons set forth in the Motion for Default Judgment filed by plaintiff Volkswagen Group of America, Inc. ("Plaintiff"), and for good cause shown,

**IT IS HEREBY ORDERED** that pursuant to Rule 55(b)(2), Plaintiff's Motion for Default Judgment against defendants Drew's Decals and Drew Ledford previously known as Drew Doe (collectively "Defendants") is GRANTED; and

**IT IS FURTHER ORDERED** that Defendants shall surrender for destruction any remaining Audi, Bentley, Bugatti, Lamborghini, and Volkswagen counterfeit products in Defendants' possession, custody, or control, by sending the counterfeit products by freight prepaid to Plaintiffs, counsel; and

**IT IS FURTHER ORDERED THAT** Defendants, their officers, employees, agents, servants, successors and assigns are permanently enjoined

and restrained from, directly or indirectly, engaging in, or causing, any of the following:

(a)     imitating, copying, or making unauthorized use of any of the Audi, Bentley, Bugatti, Lamborghini, and Volkswagen trademarks set forth in Exhibit A to Plaintiff's Complaint (the "VW Group Marks"), or any confusingly similar variations thereof;

(b)     importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting, or displaying any good or service using any simulation, reproduction, counterfeit, or copy of any of the VW Group Marks or any confusingly similar variations thereof;

(c)     using any false designation of origin or false description, or performing any act, which can, or is likely to, lead members of the trade or public to believe that Defendants or any good or service of Defendants is in any manner associated or connected with Plaintiff, Audi, Bentley, Bugatti, Lamborghini, and/or Volkswagen;

(d)     transferring, consigning, selling, shipping, or otherwise moving any goods, packaging, or other materials in Defendants' possession, custody, or control bearing a design or mark substantially similar to any of the VW Group Marks;

(e)     engaging in any other activity constituting unfair competition with Plaintiff with respect to the VW Group Marks; and

2

(f)     instructing, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities described in subparagraphs (a) through (e) above; and

**IT IS FURTHER ORDERED** that VeriSign, Inc., the operator of the .COM registry, change the registrar of record for *drewsdecals.com* in the .COM registry to Plaintiff's registrar of choice, GoDaddy, Inc., and that GoDaddy, Inc. change the registrant of *drewsdecals.com* to Volkswagen Group of America, Inc.; and

**IT IS FURTHER ORDERED** that Plaintiff is awarded $100,000.00 in statutory damages pursuant to 15 U.S.C. 1117(c)(2); and

**IT IS FURTHER ORDERED** that Plaintiff is entitled to reasonable attorneys' fees and costs under 15 U.S.C. 1117(a), and Plaintiff's is granted leave to file a Declaration regarding the total amount of attorney's fees and costs within fourteen (14) days after the entry of this Order.

**IT IS SO ORDERED AND ADJUDGED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 4, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 4, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126